## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Starr Indemnity & Liability Company | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 18-cv-98 DWF/TNL |
| North Central Aviation, Inc. | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Starr Indemnity & Liability Company's Motion for Summary Judgment (Doc. No. [20]) is GRANTED.

2. Defendant North Central Aviation Inc.'s Motion for Summary Judgment (Doc. No. [25]) is DENIED.

| | |
|---|---|
| Date: 4/4/2019 | KATE M. FOGARTY, CLERK |
| | s/*K. Krulas* |
| | (By)   K. Krulas, Deputy Clerk |